FILED
CIVIL DIVISION
DEC 26 2023
Superior Court of the
District of Columbia

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### CIVIL DVISION

Kathy Henderson )
1807 L St NE, WDC 20002 )
    Plaintiff, )    Case No: 2023 CA
v. )
  )
  )
Washington Metropolitan Area Transit Authority )    2023 7749
300 7th St., SW, WDC 20024 )
  )
Medstar Washington Hospital Center, )
110 Irving St., NW DC 20010 )
  )
  )
    Defendants )

### PLAINTIFF'S COMPLAINT FOR COMPENSATORY AND PUNITIVE DAMAGES FOLLOWING AN ASSAULT ON WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY METRO BUS AND IN MEDSTAR WASHINGTON HOSPITAL CENTER EMERGENCY ROOM

1. Plaintiff was traveling as a passenger on an X2 Metro bus from Northwest to Northeast in the District of Columbia, on December 26, 2020, following shopping in downtown DC. While sitting alone on a forward-facing seat, with packages, an African American male (assailant 1) with a light brown complexion, dreadlocks/braids, glasses approached Plaintiff aggressively, demanding to sit in the open seat next to Plaintiff, he then jumps into the seat, while approximately three other riders, encouraged assailant 1 to take Plaintiff's property. Assailant 1 created a loud disturbance, using profanity and calling Plaintiff derogatory and profane names, while the three other riders loudly encouraged assailant 1.

2. Plaintiff immediately exited the seat, approached the bus driver and requested that he contact the police; Plaintiff took out her cellphone to call for police. The bus driver did not respond, did not call the police and did not activate the emergency bus alarm that displays signage to alert the

police that assistance is needed; the bus driver did nothing. Meanwhile, Assailant 1 left the seat and advanced menacingly upon Plaintiff, attacking, punching, kicking and assaulting Plaintiff and grabbing her bags. Plaintiff fought back, yet was overcome by Assailant's vehement and unprovoked assault. The bus driver opened the bus door and Plaintiff was pushed from the bus during the violent and unprovoked assault.

3. The bus was stopped at the X2 bus stop located across from then Walmart location at 99 H Street NW, when Metro Police and Metro Field Operations supervisor Amit Tonse responded. The bus driver (identified as Mr. Donald Blue) never uttered a word to Plaintiff before, during or after the violent assault or rendered aid or otherwise made any attempt to ensure Plaintiff's safety or otherwise enquire about Plaintiff's well-being. Plaintiff, battered and in pain was transported by ambulance to the emergency room of Medstar Washington Hospital Center, located at 110 Irving Street NW, WDC 20010.

4. Upon arrival at the Medstar Washington Hospital Center emergency room, Plaintiff was identified and directed to wait for service. Within minutes, Metro Police Detective Brian Minson met Plaintiff at the Medstar Washington Hospital Center emergency room to obtain a witness statement from Plaintiff. A nurse directed Detective Minson and Plaintiff to an empty room with seating, allowing for privacy while Plaintiff recounted the vehement and unprovoked attack to Detective Minson.

5. At some point, Detective Minson left the room, leaving Plaintiff sitting alone, while waiting to be seen by Hospital healthcare personnel. While waiting, a Medstar Washington Hospital Center police officer/security guard entered the room, demanding to know why Plaintiff was in the room. The very large, approximately 6'5", security guard of African descent (later identified as B. Dzieketey, #155) appeared to be very agitated, aggressive and angry. In an unexpected move, the police officer/security guard shouted at Plaintiff to "get out", then grabbed Plaintiff by the collar, from the seated position, lifted Plaintiff and dragged Plaintiff through the emergency room and shoved Plaintiff with force out of the location. Plaintiff, already injured by the assault on the Metro Bus, was further assaulted by the irate officer/guard B. Dzieketey, #155, managed to call 911 for assistance from the D.C. Metropolitan Police Department (MPD).

6. Officers from MPD did not immediately respond, prompting Plaintiff to call 911 again to report the unjustified, unprovoked and aberrant assault by officer/guard B. Dzieketey. When MPD officers finally arrived, the officer/guard B. Dzieketey stated Plaintiff should not have been in the

room, attempting to justify his assault on Plaintiff. Officer/guard B. Dzieketey's supervisor (a female, African American sergeant) issued Plaintiff a 5-year Barring Notice, using the medical information from Plaintiff's emergency room wristband to identify Plaintiff. Both officer/guard B. Dzieketey and his sergeant were aware that Plaintiff was waiting to be seen by Medstar Washington Hospital Center personnel, following an assault on a Metro bus and being transported by ambulance to the Medstar Washington Hospital Center emergency room. Further, Plaintiff was not evaluated for injury or otherwise rendered medical treatment on 12-26-2020, underscoring an unjustified and unlawful denial of medical services at a public hospital facility.

7. The actions of assailant 1, inaction of Washington Metropolitan Area Transit Authority agent Metro bus driver Donald Blue, failure to investigate or otherwise follow up created a disturbing chain of events that have harmed Plaintiff. Additionally, Medstar Washington Hospital Center agent officer/guard B. Dzieketey, his sergeant and healthcare personnel of Medstar Washington Hospital Center, underscore a continuing disturbing narrative of assault, indifference, negligence, and unjustifiable denial of medical treatment at a public hospital. Plaintiff sustained injuries as a direct result of the assaults and gross negligence and continues to suffer physically as a result of the lasting impact of the horrific events preceding the filing of this complaint. Plaintiff seeks a Court award for compensatory and punitive damages in the amount of $2,000,000.00 (two million dollars) for her injuries and to prevent harm to others and attorney's fees and Court costs.

## JURISDICTION

8. The D.C. Superior Court has jurisdiction in this matter, pursuant to D.C. Code Sections 11-921 and or 13-423 (a)(5), underscoring that all matters giving rise to this complaint originate in the District of Columbia.

Respectfully Submitted By Plaintiff,

_____
Kathy Henderson

## SWORN STATEMENT

I hereby declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

_____
Date 12/26/2023

_____
Signature of Plaintiff

__1807 L Street NE, WDC 20002__
Address of Plaintiff

__(202) 556-5823_____
Phone Number of Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December 2023, a copy of the foregoing Complaint was mailed by first class mail postage to:

Washington Metro Area Transit Authority
300 7th Street SW, WDC 20025

Medstar Washington Hospital Center
110 Irving Street NW, WDC 20010

_____
Signature of Plaintiff